IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$800,000 SEIZED FROM WELLS FARGO ACCOUNT ENDING IN 5799,<br><br>Defendant In Rem. | Civil No. 1:21-cv-205 |

### WARRANT FOR ARREST *IN REM*

TO:   ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER.

WHEREAS, on February 22, 2021, the United States of America filed a verified complaint for civil forfeiture in the United States District Court for the Eastern District of Virginia against the defendant property, alleging said property is subject to seizure and civil forfeiture to the United States for reasons mentioned in the complaint; and

WHEREAS, the defendant property is currently in possession, custody or control of the United States; and

WHEREAS, in these circumstances, Supplemental Rule G(3)(b)(i) directs the Clerk of Court to issue an arrest warrant in rem for the arrest of the defendant property; and

WHEREAS, Supplemental Rule G(3)(c)(i) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it; and

NOW THEREFORE, you are hereby commanded to arrest the above-named defendant property as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the defendant currency is presently found, and to use whatever

means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to complete the return of service below by identifying the individual served and the method of service, and return the warrant to the United States Attorney's Office for filing with the Court.

IN WITNESS WHEREOF, I, Clerk of the United States District Court for the Eastern District of Virginia, have caused the foregoing Warrant of Arrest in Rem to be issued pursuant to the authority of the Supplemental Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court at Alexandria, Virginia, this \_\_\_13th\_\_\_ day of \_\_\_April\_\_\_, 2021.

FERNANDO GALINDO
Clerk of Court


By: _____
Deputy Clerk